IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00462-CYC

EDWARD HOID,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS, ANDRE STANCIL, EXEC. DIR., and STATE OF COLORADO, JARED POLIS, GOVERNOR.,

    Defendants.

## MOTION TO WITHDRAW

    Pursuant to D.C.COLO.LAttyR 5(b), Senior Assistant Attorney General Christopher Synsvoll, respectfully moves to withdraw Kristin Lindemann for Defendant Polis. In support of this motion, undersigned counsel states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(b)(1), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

    2.    This case has transitioned to Senior Assistant Attorney General Abigail Smith who is presently entered as attorney of record for the Defendant and will continue such representation. Accordingly, the Defendant will not be impacted by the withdrawal of Ms. Lindemann as counsel of record.

    3.    Additionally, undersigned counsel Senior Assistant Attorney General Christopher Synsvoll entered his appearance as co-counsel on October 6, 2025. (ECF No. 125)

4. Under D.C.COLO.LAttyR 5(b), notice of Ms. Lindemann's withdrawal as defense counsel in this lawsuit has been provided to Plaintiff and the Defendant, as certified in the Certificate of Service below.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order approving Ms. Lindemann's withdrawal as counsel of record.

Respectfully submitted this 6th day of October, 2025.

        PHILIP J. WEISER
        Attorney General

        *s/ Christopher B. Synsvoll*
        CHRISTOPHER B. SYNSVOLL*
        Senior Assistant Attorney General
        Civil Litigation & Employment Section
        *Attorney for Defendant Polis*
        1300 Broadway, 10th Floor
        Denver, CO  80203
        Telephone: (720) 508-6233
        Email: christopher.synsvoll@coag.gov
        *Counsel of Record

CERTIFICATE OF SERVICE

      I certify that I served the foregoing **MOTION TO WITHDRAW** upon all parties herein by e-filing with the CM/ECF system maintained by the court on October 6, 2025 or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, on October 7, 2025 addressed as follows:

Edward Hoid
P.O. Box 7222
Loveland, CO 80537
edward.h.hoid@gmail.com
*Plaintiff Pro Se*


***Courtesy copy emailed to Client Representative:***
Anthony DeCesaro
Associate Director of Legal Services, CDOC


                          *s/ Elle Di Muro*
                          Paralegal

3